IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER HILL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JIM MCKENZIE, et al., | ) | |
| | ) | |
| Defendants. | ) | Civil Action No. 1:17-CV-021-C |

## ORDER

In the Findings, Conclusions and Recommendation filed May 2, 2017, the Magistrate Judge recommended that this action be dismissed for lack of subject matter jurisdiction. The Magistrate Judge further recommended that the Court sanction Plaintiff Myart for filing this action on behalf of the remaining Plaintiffs, the Hills. Plaintiff Myart filed an Objection to the Findings, Conclusions and Recommendation opposing the Magistrate Judge's recommendations that Mr Myart be sanctioned, publicly admonished for practicing law in violation of the Supreme Court of Texas's injunction against him, reported to the Unauthorized Practice of Law Committee ("UPLC"), and barred from filing cases in the Northern District of Texas.

Upon review of the Objection filed by Mr. Myart, the Court finds that the objections contained therein should be **OVERRULED**.

After reviewing the thorough and cogent Report and Recommendation for plain error, the Court finds that the findings and conclusions of the Magistrate Judge are correct and **ADOPTS** them as the findings and conclusions of the Court.

Accordingly, the Court orders that: (1) each pending Application to Proceed in District Court Without Prepaying Fees or Costs is **DENIED**; (2) this action is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction because Mr. Myart lacks standing to file this action on his own behalf or on behalf of Plaintiffs Christopher and Harriet Hill, and because the filing on behalf of the Hills must be disregarded as a nullity;[1] and (3) Mr. Myart is **SANCTIONED** as stated below. The Clerk shall mail a copy of this Order to each Plaintiff.

The Court imposes the following sanctions on Mr. Myart:

(1)   a filing bar is imposed on Mr. Myart in the United States District Court for the Northern District of Texas. The Clerk of Court shall accept no filing from Mr. Myart in any case without it having first been reviewed by a Judge of this District in the form of a motion for leave to file with attached proposed complaint;

(2)   a monetary sanction in the amount of $100.00 is imposed against Mr. Myart;

(3)   a copy of this Order is to be forwarded to the Unauthorized Practice of Law Committee of the State of Texas, P.O. Box 12487, Austin, Texas 78711-2487.

SO ORDERED this 21st day of July, 2017.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1]The dismissal is without prejudice and the Hills may file a new civil action on their own or through new retained counsel.